IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 JUN 17 PM 3:16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| EDDIE RODRIGUEZ, MILTON GERARD WASHINGTON, BRUCE ELFANT, ALEX SERNA, SANDRA SERNA, BETTY F. LOPEZ, DAVID GONZALEZ, BEATRICE SALOMA, JOSE NORBERTO RIVERA, TRAVIS COUNTY AND CITY OF AUSTIN,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>RICK PERRY, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; DAVID DEWHURST, IN HIS OFFICIAL CAPACITY AS LIEUTENANT GOVERNOR OF THE STATE OF TEXAS; JOE STRAUS, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE TEXAS HOUSE OF REPRESENTATIVES; HOPE ANDRADE, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF TEXAS; BOYD RICHIE, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE TEXAS DEMOCRATIC PARTY; AND STEVE MUNISTERI, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE REPUBLICAN PARTY OF TEXAS,<br>　　　　DEFENDANTS. | CAUSE NO. A-11-CA-451-LY |

## ORDER SETTING STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for Status

Conference in Chambers, Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas, on **Monday, June 20, 2011, at 1:30 p.m.**

SIGNED this 17th day of June, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE