IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2011 JUL 14  PM 2: 08

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

| | | |
|---|---|---|
| EDDIE RODRIGUEZ, MILTON GERARD | § | |
| WASHINGTON, BRUCE ELFANT, | § | |
| ALEX SERNA, SANDRA SERNA, | § | |
| BETTY F. LOPEZ, DAVID GONZALEZ, | § | |
| BEATRICE SALOMA, JOSE NORBERTO | § | |
| RIVERA, TRAVIS COUNTY AND | § | |
| CITY OF AUSTIN, | § | |
|     PLAINTIFFS, | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. A-11-CA-451-LY |
| | § | |
| RICK PERRY, IN HIS OFFICIAL | § | |
| CAPACITY AS GOVERNOR OF THE | § | |
| STATE OF TEXAS; DAVID | § | |
| DEWHURST, IN HIS OFFICIAL | § | |
| CAPACITY AS LIEUTENANT | § | |
| GOVERNOR OF THE STATE OF | § | |
| TEXAS; JOE STRAUS, IN HIS | § | |
| OFFICIAL CAPACITY AS SPEAKER | § | |
| OF THE TEXAS HOUSE OF | § | |
| REPRESENTATIVES; HOPE | § | |
| ANDRADE, IN HER OFFICIAL | § | |
| CAPACITY AS SECRETARY OF | § | |
| STATE OF THE STATE OF TEXAS; | § | |
| BOYD RICHIE, IN HIS OFFICIAL | § | |
| CAPACITY AS CHAIR OF THE TEXAS | § | |
| DEMOCRATIC PARTY; AND | § | |
| STEVE MUNISTERI, IN HIS OFFICIAL | § | |
| CAPACITY AS CHAIR OF THE | § | |
| REPUBLICAN PARTY OF TEXAS, | § | |
|     DEFENDANTS. | § | |

## ORDER SETTING HEARING

Before the Court is the above styled and numbered cause. On July 6, 2011, the Chief Judge

for the United States Court of Appeals for the Fifth Circuit rendered an Order Constituting Three-

Judge Court to hear and resolve this action (Clerk's Document No. 20). The Three-Judge Court will

Case 1:11-cv-00451-LY-JES-OLG   Document 22   Filed 07/14/11   Page 2 of 2


hold a hearing to determine whether this action should be transferred to the San Antonio Division

of the United States District Court for the Western District.

**IT IS ORDERED** that this cause is set for such hearing **Monday, July 18, 2011, at 11:00**

**a.m.,** in Courtroom 334, Third Floor, Homer Thornberry Judicial Building, 903 San Jacinto Blvd.,

Austin, Texas.

SIGNED this 14th day of July, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

FOR THE THREE-JUDGE COURT