

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

William G. Putnicki

July 19, 2011

**Karen M. Kennard**
211 E. 7th, Ste. 1020
Austin, TX 78701

Re:   Rodriguez vs. Perry, et al
      Civil Case No. A-11-CA-451 LY

Dear Ms. Kennard:

The records of this office indicate that you must renew your admissions status in order to practice in this court.

Attorneys who have let their memberships lapse and whose status reflects "Must Reapply" can now renew their membership by sending a letter to the Clerk's Office with their current contact information and State Bar number. If you have any further questions, you may contact the Admissions Clerk, via telephone at: (512) 916-5896, extension 223.

**If you intend to represent a party in this case, you must submit a your renewal letter within ten days of the date of this letter.**

Sincerely,

WILLIAM PUTNICKI, Clerk

*(signature)*
by: Mary Chouinard, Deputy Clerk