IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDDIE RODRIGUEZ, *et al.*, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| vs. | § | No. 1:11-cv-00451-LY-JES-OLG |
| | § | |
| RICK PERRY, *et al.*, | § | |
|     *Defendants*. | § | |

## PLAINTIFFS' ADVISORY TO COURT

The Governor signed Senate Bill 4 on July 18, 2011, the same day that the plaintiffs filed their amended complaint raising specific legal challenges to Senate Bill 4. The plaintiffs' filing was in compliance with the first sentence of paragraph 3 of the Court's June 24, 2011, Agreed Order Regarding Preliminary Schedule. The legislation takes effect under state law on September 28, 2011.

    Respectfully submitted,

    /s/ Renea Hicks_____
    Renea Hicks
    Attorney at Law
    State Bar No. 09580400

    Law Office of Max Renea Hicks
    101 West 6th Street
    Austin, Texas 78701
    (512) 480-8231
    fax (512) 480-9105
    e-mail: rhicks@renea-hicks.com

814634

**SCOTT, DOUGLASS & MCCONNICO, L.L.P.**

Steve McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
S. Abraham Kuczaj, III
State Bar No. 24046249
akuczaj@scottdoug.com
Sam Johnson
State Bar No. 10790600
sjohnson@scottdoug.com
600 Congress Avenue, Suite 1500
Austin, Texas  78701-2589
(512) 495-6300 – Telephone
(512) 474-0731 – Facsimile

ATTORNEYS FOR PLAINTIFFS EDDIE RODRIGUEZ, *ET AL*., TRAVIS COUNTY, AND CITY OF AUSTIN


David Escamilla
Travis County Attorney
State Bar No. 06662300
P.O. Box 1748
Austin, Texas 78767
(512) 854-9416 - Telephone
(512) 854-4808 - Facsimile

ATTORNEY FOR PLAINTIFF
TRAVIS COUNTY

Karen Kennard
City Attorney
State Bar No. 11280700
P.O. Box 1088
Austin, Texas 78767-1088
(512) 974-2268 - Telephone
(512) 974-6490 - Facsimile

ATTORNEY FOR PLAINTIFF
CITY OF AUSTIN

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiffs Eddie Rodriguez, *et al.*,**
**Travis County, and City of Austin**
Max Renea Hicks
Law Office of Max Renea Hicks
101 W. 6th Street, Suite 504
Austin, Texas 78701

**Attorney for Defendants Gov. Rick Perry,**
**Lt. Gov. David Dewhurst, Speaker Joe Straus,**
**Secretary of State Hope Andradé, and**
**the State Of Texas**
David Schenck, Deputy Attorney General
for Legal Counsel
209 W 14th Street
Austin, TX  78711

**Attorney for Defendant Chair of the**
**Texas Democratic Party Boyd L. Richie**
Chad W. Dunn
4201 FM 1960 West, Suite 530
Houston, TX  77068

**Attorney for Defendant Chair of the**
**Republican Party of Texas Steve Munisteri**
Donna Garcia Davidson
P.O. Box 12131
Austin, TX 78711-2131

/s/ Steve McConnico_____
Steve McConnico

814634