IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EDDIE RODRIGUEZ, *et al.*, § <br>    *Plaintiffs*, § <br> § <br> v. § <br> § <br> RICK PERRY, *et al.*, § <br>    *Defendants*. § | CAUSE NO. 1:11-cv-00451-LY |

## ADVISORY ON THE STATUS OF THE PRECLEARANCE PROCESS

Defendants the State of Texas, Rick Perry, in his official capacity as Governor, David Dewhurst, in his official capacity as Lieutenant Governor, Joe Straus, in his official capacity as Speaker of the Texas House of Representatives, and Hope Andrade, in her official capacity as Secretary of State, (collectively, "Defendants"), hereby file this Advisory on the Status of the Preclearance Process. On July 18, 2011, Governor Rick Perry signed into law Senate Bill 4, relating to the composition of the congressional districts for the State of Texas. On July 19, 2011, the State of Texas filed a Complaint in the United States District Court for the District of Columbia seeking judicial preclearance, pursuant to Section 5 of the Voting Rights Act of 1965, as amended and codified at 42 U.S.C. § 1973c, of its recently enacted electoral districts for the State Board of Education, the Texas House of Representatives, the Texas Senate, and the United States House of Representatives. The State's preclearance documents will be made available through the Texas Attorney General's website, https://www.oag.state.tx.us/redistricting.

Dated: July 19, 2011                              Respectfully Submitted,

                                                          GREG ABBOTT
Attorney General of Texas

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

J. REED CLAY, JR.
Special Assistant and Senior Counsel
to the Attorney General

 /s/ David Schenck
**DAVID SCHENCK**
Deputy Attorney General for Legal Counsel
Texas Bar No. 17736870
**ANA MARIE JORDAN**
Assistant Attorney General
Texas Bar No. 00790748

P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 936-1342
(512) 936-0545 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS, RICK PERRY, DAVID DEWHURST, JOE STRAUS, AND HOPE ANDRADE**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 19, 2011. All parties in this case who have not consented to electronic service will receive the document via first-class mail.

Max Renea Hicks
Law Office of Max Renea Hicks
101 West Sixth Street
Suite 504
Austin, TX 78701
(512) 480-8231
Fax: 512/480-9105
Email: rhicks@renea-hicks.com
*Attorneys for Plaintiffs Eddie Rodriguez, et al., Travis County and City of Austin*

Stephen E. McConnico
Scott, Douglass & McConnico
One American Center
600 Congress Ave., 15th Floor
Austin, TX 78701
(512) 495-6300
Fax: 512/474-0731
Email: smcconnico@scottdoug.com
*Attorneys for Plaintiff Eddie Rodriguez*

Chad W. Dunn
Brazil & Dunn
4201 FM 1960 West
Suite 530
Houston, TX 77068
(281)580-6310
Fax: 281/580-6362
Email: chad@brazilanddunn.com
*Attorneys for Defendant Boyd Richie*

Frank M. Reilly
Potts & Reilly, L.L.P.
P.O. Box 4037
Horseshoe Bay, TX 78657
512/469-7474
Fax: 512/469-7480
Email: reilly@pottsreilly.com
*Attorney for Defendant Steve Munisteri*

Donna Garcia Davidson
Attorney at Law
P.O. Box 12131
Austin, Texas 78711
512-775-7625
Fax: 877-200-6001
donna@dgdlawfirm.com
*Attorney for Defendant Steve Munisteri*

David Escamilla
Travis County Attorney
P.O. Box 1748
Austin, Texas 78767
*Attorney for Plaintiff Travis County*
**Served via Regular Mail**

Karen Kennard
City Attorney
P.O. Box 1088
Austin, Texas 78767-1088
*Attorney for Plaintiff City of Austin*
**Served via Regular Mail**

                   _/s/ David Schenck_____
                   DAVID SCHENCK